1

2

JS-6

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11   GRACIELA PETERSON,              )   CASE NO. 09-cv-08000-PA-DTB
                                     )
12                  Plaintiff,       )
                                     )   **ORDER GRANTING STIPULATION**
13          v.                       )   **RE DISMISSAL OF ENTIRE**
                                     )   **ACTION AND ALL PARTIES,**
14   ALLIED INTERSTATE, INC.,        )   **WITH PREJUDICE**
                                     )
15                  Defendant.       )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20                                   )

21          The Court has reviewed the Stipulation of Plaintiff GRACIELA PETERSON

22   and Defendant ALLIED INTERSTATE, INC. to dismiss with prejudice the

23   above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties,

24   the Court orders as follows:

25

26   / / /

27   / / /

28   / / /

**1**

1.   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: March 12, 2010   _____

UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045

06188.00/162313

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL